UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON LYNN CLOUD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 5:19-cv-00217-AKK-JHE |
| CAPTAIN FLOYD LEE, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on February 7, 2020, recommending that this action be dismissed without prejudice for failure to state a claim upon which relief may be granted. Doc. 10. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Therefore, this action is due to be dismissed without prejudice due to the plaintiff's failure to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** the 28th day of February, 2020.

                                                          _____
                                                               **ABDUL K. KALLON**
                                                UNITED STATES DISTRICT JUDGE